UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KARYSSA QUILES, on behalf of herself and on behalf of all others similarly situated**

    Plaintiff,

v.      Case No: 5:22-cv-669-PGB-PRL

**HI.Q, INC.,**

    Defendant.

## ORDER

Upon referral, this case, brought under the Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101, is before the Court for consideration of the defendant's unopposed motion to compel arbitration and to stay the proceedings pending arbitration. (Doc. 21).

Defendant's motion recites that, under the relevant terms of Plaintiff's employment, Plaintiff's claims are subject to "Arbitration and Class Action, Collective Action, and Representative Action Waiver provisions" contained in the parties' "Proprietary Information & Inventions Assignment and Arbitration Agreement" ("Arbitration Agreement"). (Doc. 21 at 2). The Arbitration Agreement explicitly requires arbitration of "any statutory claims under local, state, or federal law, including, but not limited to, claims under . . . the Worker Adjustment and Retraining Notification Act[.]" (Doc. 21-1 at 8). Defendant has attached a copy of the relevant documents, including the Arbitration Agreement. (Doc. 21-1). Defendant recites that Plaintiff consents to the motion, and there appears to be no dispute that the Arbitration Agreement is enforceable and covers Plaintiff's claims brought in this case.

Accordingly, Defendant's unopposed motion to compel arbitration and to stay the proceedings pending arbitration (Doc. 21) is **GRANTED**. Further proceedings in this action are **STAYED** pending completion of arbitration. This case is hereby referred to arbitration pursuant to the parties' Arbitration Agreement and the Federal Arbitration Act. The Clerk is directed to administratively close the file with the right of either party to move to reopen the file after arbitration or for other good cause shown.

**DONE** and **ORDERED** in Ocala, Florida on January 31, 2023.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties